## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-mj-6761 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18 U.S.C. §§ 111(a)(1) – Assault on a Federal Officer (Felony) |
| Angelica Sharun HEMPHILL, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about December 6, 2025, within the Southern District of California, Angelica Sharun HEMPHILL, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 111, to wit Department of Homeland Security, United States Customs and Border Protection Office Armando Orozco, in that defendant resisted detainment and spit on the face and body of Officer Orozco while Officer Orozco was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Special Agent Alyssa A. Julian
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 8th day of December 2025.

Hon. Michelle M. Pettit
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Alyssa Julian, declare under penalty of perjury, the following is true and correct:

On December 6, 2025, at approximately 4:35 PM, Angelica Sharun HEMPHILL, ("HEMPHILL"), a United States citizen, attempted to enter the United States on foot through the vehicular lanes at the San Ysidro POE.

A Customs and Border Protection Officer (CBPO) was conducting primary operations when they noticed HEMPHILL walking through the vehicular lanes. The CBPO approached HEMPHILL and asked what she was doing. HEMPHILL responded, stating that the line was too long and she was just trying to come in. The CBPO placed HEMPHILL in hand cuffs when other CBPOs responded to assist in escorting HEMPHILL into the security office for further inspection.

While CBPOs were escorting HEMPHILL to the security office, HEMPHILL began to pull away from one of the CBPOs and began making derogatory comments regarding the race of the CBPO then threated to kill the CBPO if she (HEMPHILL) had the chance. As the CBPO attempted to adjust his grip to regain control of HEMPHILL, HEMPHILL pulled away, turned towards the CBPO, and spat in the CBPO's face and along the right side of the CBPO's body.

1

HEMPHILL was placed under arrest at approximately 7:40 PM.

Post Miranda, HEMPHILL admitted to spitting on the CBPO and stated that she meant what she said about wanting to kill the CBPO.

HEMPHILL was arrested and charged with a violation of Title 18, United States Code, Section 111, Assaulting, Resisting, or Impeding Federal Officers.

Executed on December 7, 2025, at 12:54 PM

ALYSSA A JULIAN
Digitally signed by ALYSSA A JULIAN
Date: 2025.12.07 12:54:19 -08'00'

Alyssa Julian, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the defendant, Angelica Sharun HEMPHILL, named in this probable cause statement, committed the offense on December 6, 2025, in violation of Title 18 USC 111, Assault on a Federal Agent or Officer.

_Michelle M. Pettit_
Hon. Michelle M. Pettit
United States Magistrate Judge

December 7, 2025 / 2:19 p.m.
Date/Time